USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1810 FRIEDRICH LU, Plaintiff, Appellant, v. DAVID CHRISTIANI, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard Stearns, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Friedrich Lu on brief pro se. ____________ Susan M. Donnelly, B.B.O. and Murphy & Riley, P.C. on brief for __________________________ _____________________ appellees. ____________________ December 18, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that the district court properly dismissed appellant's amended complaint because it did not state a cognizable federal claim. To the extent that appellant attempts to raise other issues in this appeal, those issues do not merit further comment. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-